On appellant's motion for reconsideration filed October 7, 1993, reconsideration alllowed; opinion (116 Or App 381, 840 P2d 1376 (1992)) withdrawn; reversed January 19, petition for review denied March 8, 1994 (318 Or 459)

MARGERY LORRAINE BURNAM,
*Respondent,*

*v.*

STATE OF OREGON,
*Appellant.*

(9005161 CV; CA A66808)

866 P2d 523

Nancy Nickel *contra.*

PER CURIAM

Reconsideration allowed; opinion withdrawn; reversed. *Goodwin v. State of Oregon*, 125 Or App 359, 866 P2d 466 (1993).